UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

    Plaintiff,

v.                                                                    CASE NO: 8:12-cv-829-T-26EAJ

STEPHEN H. HAMIC, HAMIC, JONES, HAMIC
& STURWOLD, P.A.; WILLIAM L. NICHOLAS
and MOLLY WESCOMB,

    Defendants.
_____/

STEPHEN H. HAMIC and HAMIC, JONES, HAMIC &
STURWOLD, P.A.,

    Third-Party Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Third-Party Defendant.
_____/

**O R D E R**

    Upon due consideration of the parties' submissions and the procedural history of this case, it is ordered and adjudged that Plaintiff's Motion to Stay Pretrial and Trial Deadlines (Dkt. 58) is denied. The Court agrees with the Hamic Defendants' argument that a stay is unnecessary.

The Court will, however, extend the discovery deadline until May 31, 2013, and the dispositive motion filing deadline until June 14, 2013. The pretrial conference and trial dates shall remain the same.

**DONE AND ORDERED** at Tampa, Florida, on January 1, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record